UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS D. PARTRIDGE,

                Plaintiff,

      -against-

JUDGE ANDREA MASLEY,

                Defendant.

22-CV-3206 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued June 21, 2022, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under the doctrine of judicial immunity. 28 U.S.C. § 1915(e)(2)(B)(iii) and, consequently, as frivolous, 28 U.S.C. § 1915(e)(2)(B)(i), and a prohibited by the Anti-Injunction Act.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    June 21, 2022
              New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                               Chief United States District Judge